# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:06-CR-0196-LJO** |
| Plaintiff-Respondent, | **ORDER FOR OPPOSITION** |
| v. | |
| **KENNETH CARTER,** | |
| Defendant-Petitioner. | |

Petitioner Kenneth Carter is a federal prisoner proceeding pro se pursuant to 28 U.S.C. § 2255 ("Section 2255") to vacate, set aside or correct a 27-month sentence imposed in connection with a supervised release violation in this case. *See* Doc. 106 (Judgment and Commitment); Doc. 108 (Section 2255 Petition). Having reviewed Mr. Carter's section 2255 motion, this Court finds that its resolution of the motion will be aided by the filing of an opposition by the Government. Accordingly, the Government is ORDERED, no later than September 28, 2012, to file and serve an opposition to the 2255 motion. The Court shall take the section 2255 motion under submission after the opposition is filed. No further submissions shall be accepted, unless by further order of this Court. In addition, no hearing is set in this matter.

**SO ORDERED**
**Dated: August 24, 2012**

                                              **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**