# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARTER, | CASE NO. 1:06-cr-00196-LJO |
| Movant, | **ORDER FOR OPPOSITION** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Kenneth Carter, a prisoner in federal custody proceeding pro se, has filed a 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. (Doc. 108). On August 24, 2012, this Court ordered the government to file and serve an opposition to the motion. (Doc. 110). Through inadvertence, the government was never served. Accordingly, this Court VACATES the August 24, 2012, order. (Doc. 110). The government is ORDERED, no later than December 7, 2012, to file and serve an opposition to Mr. Carter's § 2255 motion. The Court shall take the motion under submission after the opposition is filed. The Clerk is directed to serve this order on Assistant United States Attorney Kimberly A. Sanchez.

IT IS SO ORDERED.

**Dated:  November 2, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1