# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KENNETH CARTER**<br>(Defendant's Name) | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:06-CR-00196-001** |
| Date of Original Judgment: 10/15/2011<br>(Or Date of Last Amended Judgment) | Daniel Harralson<br>Defendant's Attorney |

**Reason for Amendment:**

[ ] Correction of Sentence on Remand (Fed R. Crim. P. 35(a))  [ ] Modification of Supervision Conditions (18 U.S.C. §3563(c) or 3583(e))

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C.§3582(c)(1))[ ] Correction of Sentence by Sentencing Court (Fed. R. Crim P. 35©)

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C.§3582(c)(2))

[ ] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)[ ] Direct Motion to District Court Pursuant to

[✔] 28 U.S.C. §2255  [ ] 18 U.S.C. §3559(c)(7), [ ] Modification of Restitution Order

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges 1- 6  as alleged in the violation petition filed on 2/25/2011 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  4/2/2007  .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s)  __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| |
|---|
| 12/11/2012 |
| Date of Imposition of Sentence |
| /s/ Lawrence J. O'Neill |
| Signature of Judicial Officer |
| **Lawrence J.O'Neill**, United States District Judge |
| Name & Title of Judicial Officer |
| 1/8/2013 |
| Date |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | FAILURE TO PARTICIPATE IN AN IN-PATIENT TREATMENT FACILITY AS DIRECTED BY THE PROBATION OFFICER | 1/21/2011 |
| Charge 2 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 11/24/2010 |
| Charge 3 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | 10/29,30/2010; 11/29/2010; 12/27/2010; 1/4,10,19/2011 |
| Charge 4 | FAILURE TO PARTICIPATE IN A DRUG TREATMENT PROGRAM | 1/4,11,18/2011 |
| Charge 5 | FAILURE TO COMPLETE 20 HOURS OF COMMUNITY SERVICE IF NOT EMPLOYED AT LEAST 30 HOURS PER WEEK | 12/1/2010 |
| Charge 6 | NEW LAW VIOLATION | 2/8/2011 |

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:06-CR-00196-001 | Judgment - Page 3 of 3 |
| DEFENDANT: KENNETH CARTER | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  24 months  to be served consecutively with the sentence imposed in case # 1:11-cr-00074-001..

[✔] The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability. The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program. Terminal Island or Lompoc, where ever the 500-Hour Treatment program is available

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal